**Purnell REW, Plaintiff–Appellant,**

**v.**

**Rose WHITE, RN; M.L. Johnson, RN; Bonita Badgett, RN Coordinator; Keith Davis, Warden, Defendants–Appellees,**

**and**

**Deerfield Medical Dept., Defendant.**

**No. 12–6161.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 19, 2012.

Purnell Rew, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Purnell Rew appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rew v. White,* No. 1:11–cv–01291–JCC–JFA (E.D.Va. Jan. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*